IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MALCOLM MARQUISE WHITESIDE,

    Plaintiff,

v.

PETER R. MOYERS and
CHADWICK M. ELGERSMA ,

    Defendants.

ORDER

Case No. 25-cv-125-jdp

---

Plaintiff Malcolm Marquise Whiteside filed a proposed civil complaint in the Central District of Illinois that was transferred to this court. Plaintiff requests leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed without prepayment, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit a certified trust fund account statement no later than March 13, 2025. If I find that plaintiff is indigent, I will calculate an initial partial payment of the filing fee that plaintiff must pay before the court can screen the complaint on the merits under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Malcolm Marquise Whiteside may have until March 13, 2025 to submit a certified trust fund account statement for the period beginning approximately February 28, 2024 and ending approximately October 28, 2024. If plaintiff

fails to respond to this order by March 13, 2025, then I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be dismissed without prejudice to plaintiff refiling at a later date.

Entered this 19th day of February, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge